# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TERRY BARBER, ET AL.

VERSUS

IMPERIAL SUPPLIES, LLC, ET AL.

CIVIL ACTION

24-980-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated May 27, 2025, to which no *Objection* has been filed

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the instant motion (R. Doc. 17) is DENIED, with Plaintiffs' case being DISMISSED WITHOUT PREJUDICE to refiling in State Court.

Signed in Baton Rouge, Louisiana, on this 24 day of June, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 27.